James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Skypointe Unit Owners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>SKYPOINTE UNIT OWNERS' ASSOCIATION, a Nevada corporation; PHAM INDIANA REALTY, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 2:17-cv-01953-RFB-GWF<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, a national bank ("Christiana"), and counsel for SKYPOINTE UNIT OWNERS' ASSOCIATION ("Skypointe"), that the Default (ECF No. 12) entered in this matter on October 17, 2017 against Skypointe, be set aside; and

IT IS FURTHER STIPULATED that Skypointe may have ten (10) days from the date of entry of this stipulation in which to answer Christiana's Complaint on file herein.

DATED this 24th day of October, 2017.                    DATED this 24th day of October, 2017.

PENGILLY LAW FIRM                                         ZIEVE, BRODNAX & STEELE, LLP

*/s/ Elizabeth Lowell*_____                                */s/ Shadd A. Wade*_____
James W. Pengilly, Esq.                                   Shadd A. Wade, Esq.
Nevada Bar No. 6085                                       Nevada Bar No.
Elizabeth Lowell, Esq.                                    3753 Howard Hughes Pkwy., Ste. 200
Nevada Bar No. 8551                                       Las Vegas, NV 89169
1995 Village Center Cir., Suite 190                       (702) 948-8565
Las Vegas, NV 89134                                       *Counsel for Plaintiff*
(702) 889-6665
*Counsel for Defendant*
*Skypointe Unit Owners' Association*

## **ORDER**

IT IS SO ORDERED this  27th    day of   October        , 2017

_____
RICHARD F. BOULWARE, II
United States District Judge

