# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Christiana Trust, et al.,

               Plaintiffs,

        v.

Skypointe Unit Owners' Association, et al.,

               Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01953-RFB-GWF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiffs and against Defendant, Pham Indiana Reality.

11/6/2018
_____
Date

    DEBRA K. KEMPI
_____
Clerk

    /s/ M. Reyes
_____
Deputy Clerk